UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>KEVIN JAMES,<br><br>                Defendant. | C15-1430 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Given the unusual nature of BitTorrent-related infringement claims, and in light of Mr. James's health problems, *See* Answer, docket no. 40, and Response to Order to Show Cause, docket no. 67, the Court finds that an alternative dispute resolution procedure under Local Court Rule 39.1, may be helpful in reaching a prompt resolution of this case without any significant, additional Court intervention. Although Mr. James has every right to represent himself, Mr. James is strongly advised to secure legal counsel to facilitate early alternative dispute resolution ("ADR") proceedings and for the protection of his legal rights. In the event that Mr. James is interested in having counsel appointed for him for the limited purpose of participating in alternative dispute resolution, **he must respond to this Minute Order with a request for appointment of pro bono counsel no later than June 15, 2017.** Upon receipt of such request, the Court will refer the matter for appointment of pro bono counsel to provide representation for the limited purpose of conducting an early ADR procedure under the "Plan of the U.S. District Court for the W.D. of Washington for the Representation of Pro Se Litigants in Civil Rights Actions."

MINUTE ORDER - 1

(2) Plaintiff's motion for sanctions, docket no. 68, is RENOTED to June 23, 2017. Mr. James is ADVISED that, if he fails to request that counsel be appointed, or if he affirmatively declines appointed counsel, the Court will decide plaintiff's motion for sanctions, to which Mr. James has failed to respond.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Kevin James pro se.

Dated this 26th day of May, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2